UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

vs.

Corria-Contreras, et al

Defendant(s)

CRIMINAL NO. 08mj0445

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, CATHY ANN BENCIVENGO

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Pedro Ramirez-Garcia

DATED: 3/3/08

CATHY ANN BENCIVENGO
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ________________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by [signature]
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082