UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>vs.<br>Corrin-Contreras, et al.<br>Defendant(s) | CRIMINAL NO. 08mj445<br>ORDER<br>RELEASING MATERIAL WITNESS<br>Booking No. |

2008 MAR 4 AM 11:04
RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

On order of the United States District/Magistrate Judge, CATHY ANN BENCIVENGO

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Paula Mata-Avana

DATED: 3/4/2008

CATHY ANN BENCIVENGO

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by [signature] Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

★ U.S. GPO: 2003-581-774/70082