UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff

vs.

Jose Torres-Garcia
Defendant(s)

CRIMINAL NO. 08 CR 585 JAH

ORDER

RELEASING MATERIAL WITNESS

Booking No. 07227298

On order of the United States District/Magistrate Judge, William McCurine, Jr.

IT IS HEREBY ORDERED that the ~~following named~~ person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Mauro Luna-Bribiezca

DATED: 3-4-08

William McCurine, Jr.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ______________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by

Deputy Clerk



★ U.S. GPO: 2003-581-774/70082